IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-97-1H
7:17-CV-234-H

SHAWNEE OTTO JENNINGS, )
)
    Petitioner, )
)
v. )
)
UNITED STATES OF AMERICA, )        **ORDER**
)
    Respondent. )

This matter is before the court on Petitioner's letter requesting additional time to respond. Although Petitioner has already responded to the government's motion to dismiss, in light of Petitioner's *pro se* status and the timing of Petitioner's receipt of requested copies in this matter, the motion for additional time is granted. Petitioner shall have until May 10, 2018, to file any supplement to his response.

This 10th day of April 2018.

                                                MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, N.C.
#26