UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawnee Otto Jennings** **Docket No. 7:14-CR-97-1FL**

**Petition for Action on Supervised Release**

COMES NOW Korey A. Cross, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawnee Otto Jennings, who, upon an earlier plea of guilty to Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), a Quantity of Marijuana, and a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 6, 2016, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 72 months.

On July 17, 2024, the case was reassigned to United States District Judge Louise W. Flanagan.

On February 17, 2025, the defendant received an Executive Grant of Clemency, ordered by former United State President Joseph R. Biden Jr., which commuted the total term of imprisonment and established a release date of July 15, 2025.

Shawnee Otto Jennings was released from custody on July 16, 2025, at which time the term of supervised release commenced.

On July 8, 2026, a Petition for Action was submitted reporting drug use. It was recommended that the defendant adhere to a curfew for 60 days with location monitoring. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant possessed marijuana, as evidenced by drug testing that occurred on August 20, 2026. A laboratory confirmation report further verified that this specimen tested positive for marijuana on September 6, 2026. As this is the fifth positive urinalysis within a one-year period, it is this officer’s intention to submit a Motion for Revocation following this notification to the court. It is respectfully recommended that the defendant remain on location monitoring with a curfew until a revocation hearing is held. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer until further court order. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Korey A. Cross
Korey A. Cross
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2051
Executed On: September 16, 2026

**ORDER OF THE COURT**

Considered and ordered this 23rd day of September, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge